UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DOROTHY HOWARD,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1282SNLJ |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [15], filed August 8, 2012,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [15], filed August 8, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in her Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FURTHER ORDERED** that the final decision of the defendant Commissioner denying social security benefits be and is **AFFIRMED.**

**IT IS FINALLY ORDERED** that judgment be entered in favor of the defendant Commissioner. This Court does not retain jurisdiction of this matter.

Dated this   25th   day of September, 2012.

                                           /s/ Stephen N. Limbaugh, Jr.
                                           UNITED STATES DISTRICT JUDGE